

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17- CR 397 |
| --- | --- | --- |
| | : | DATE FILED: **July 27, 2017** |
| v. | : | |
| | : | VIOLATIONS: |
| AYGAZ USTYAN | : | 18 U.S.C. § 1029(a)(1) (trafficking of counterfeit access devices - 1 count) |
| | : | 18 U.S.C. § 1029(a)(3) (possession of 15 or more counterfeit access devices - 1 count) |
| | : | 18 U.S.C. § 1028A (aggravated identity theft – 5 counts) |

FILED

JUL 27 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

1. On or about October 29, 2014, in the Eastern District of Pennsylvania, defendant

**AYGAZ USTYAN**

knowingly and with the intent to defraud, trafficked, by providing to another person known to the grand jury, the following counterfeit access devices, in the form of American Express prepaid gift cards and Bluebird debit cards that were encoded with credit and debit account numbers issued to other persons by financial institutions in the United States, thereby affecting interstate commerce:

| Last 5 Digits on Front of Re-encoded Card | Last 4 Digits of Legitimate Card Number Encoded On Card | Issuer/ Type of Legitimate Card | Victim Account Holder |
| --- | --- | --- | --- |
| 76618 | 1002 | American Express/credit | M.M. |
| 07507 | 1006 | Citi/American Express credit | J.G. |

-1-

| Last 5 Digits on Front of Re-encoded Card | Last 4 Digits of Legitimate Card Number Encoded On Card | Issuer/ Type of Legitimate Card Number | Victim Account Holder |
|---|---|---|---|
| Unknown | 2006 | American Express/credit | R.G. |
| 97459 | 5005 | American Express/credit | C.K. |
| 59424 | 2005 | American Express/credit | M.F. |
| 40864 | 2006 | American Express/credit | G.R. |
| 14548 | 3007 | American Express/credit | R.S. |
| 74462 | 8005 | American Express/credit | T.H. |
| 97453 | 1005 | American Express/credit | F.M. |
| 37264 | 1012 | American Express/credit | A.R. |
| 14630 | 2003 | American Express/credit | B.G |
| 49047 | 1027 | Citi/American Express credit | K.C. |
| 97457 | 5009 | American Express/credit | C.H. |
| 14544 | 7666 | PNC Bank/Visa debit | K.S. |
| 45961 | 1005 | American Express/credit | P.Z. |
| 03181 | 3016 | American Express/credit | D.P. |
| 14542 | 2013 | Delta Sky Miles/American Express credit | A.M. |

All in violation of Title 18, United States Code, Sections 1029(a)(5) and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraph 1 of Count One is incorporated here.

2. On or about October 29, 2014 in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant

### AYGAZ USTYAN

knowingly and with the intent to defraud, possessed fifteen or more counterfeit access devices, thereby affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(3).

## COUNTS THREE THROUGH SEVEN

### THE GRAND JURY FURTHER CHARGES THAT:

On or about October 29, 2014, in the Eastern District of Pennsylvania, defendant

### AYGAZ USTYAN

knowingly and without lawful authority, transferred or possessed a means of identification of another person, that is, the American Express or Visa account number of the persons indicated below, each person constituting a separate count, during and in relation to access device fraud:

| COUNT | ACCOUNT HOLDER | CARD ISSUER/ LAST FOUR DIGITS |
|-------|----------------|-------------------------------|
| 3 | J.G. | Citi American Express/ 1006 |
| 4 | K.S. | PNC Bank Visa/ 7666 |
| 5 | C.K. | American Express/ 5005 |
| 6 | G.R. | American Express/ 2006 |
| 7 | A.M. | Delta Sky Miles American Express/ 2013 |

All in violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(4) and 2.

### A TRUE BILL:

_____

*[signature: Cpt F Schinck]*

**LOUIS D. LAPPEN**
**Acting United States Attorney**